IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

MARY CASTLEBERRY
*Plaintiff*

CIVIL ACTION NO. _____

**VERSUS**

PORTFOLIO RECOVERY ASSOCIATES, LLC
*Defendant*

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW INTO COURT through undersigned counsel comes the plaintiff herein, Mary Castleberry, who respectfully alleges and avers as follows:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for the defendant's violations of the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

### II. JURISDICITION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Made plaintiff herein is Mary Castleberry (hereinafter "Castleberry" or "plaintiff"), who is a natural person who resides and is domiciled in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Made defendant herein is Portfolio Recovery Associates, LLC (hereinafter "PRA" or "defendant") who is a foreign corporation organized under the laws of the State of Delaware and with a registered address of 120 Corporate Boulevard, Suite 100, Norfolk, Virginia 23502. PRA, at all

times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as that term is defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On February 16, 2012, PRA, through its attorneys Couch, Conville & Blitt, filed a Petition in Suit on Open Account (hereinafter "lawsuit") against Castleberry in the 19th Judicial District Court for the Parish of East Baton Rouge. This lawsuit was entitled *Portfolio Recovery Associates, LLC versus Mary Castleberry*, Suit Number 609411, Section 27.

6. On March 16, 2012, Castleberry, through undersigned counsel, filed Exceptions of Vagueness and Ambiguity, No Cause of Action, No Right of Action and Prescription. Undersigned counsel also propounded discovery upon PRA through counsel.

7. Upon information and belief, plaintiff submits that PRA's lawsuit was time barred pursuant to La. C.C. Art. 3494 in that no payment or acknowledgment of the account was made within three (3) years of the filing of the suit.

8. On July 19, 2012, undersigned counsel faxed a letter to PRA's attorney requesting responses to plaintiff's discovery requests.

9. On July 23, 2012, undersigned counsel received an email from PRA's attorney, Adam M. Stumpf which stated as follows, "My client has made the decision to dismiss the lawsuit in the above matter." Shortly thereafter, PRA, through its attorney filed a motion to dismiss and obtained a judgment of dismissal.

10. On or about July 31, 2012, PRA mailed a letter directly to Castleberry in an attempt to collect on the same account that was the subject of the dismissed lawsuit.

11. In late July and early August 2012, PRA made numerous phone calls to the plaintiff's residence in an attempt to collect on the same account that was the subject of the dismissed lawsuit.

## V. VIOLATIONS OF FDCPA

12. Defendant, PRA, violated numerous provisions of the FDCPA including but not limited to 15 U.S.C. §§ 1692c(a)(2), 1692d(5), and 1692e.

13. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

14. Plaintiff demands a jury trial.

WHEREFORE the plaintiff, Mary Castleberry, respectfully requests that the Court grant the following relief in her favor and against the defendant, Portfolio Recovery Associates, LLC, for:

A. Statutory damages;

B. Actual damages;

C. Additional damages;

D. Attorney fees, court costs, and litigation expenses; and

E. Such other and further relief that the Court deems due and appropriate.

Date: August 9, 2012

RESPECTFULLY SUBMITTED:

J. David Andress (27944)
ANDRESS LAW FIRM, LLC
5841 S. Sherwood Forest Blvd., Suite A
Baton Rouge, Louisiana 70816
Telephone: (225) 771-8220
Facsimile: (225) 771-8301
Email: david@andresslawfirm.com
Attorney for the Plaintiff