# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY CASTLEBERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | No. 3:12-CV-480-BAJ-SCR |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

**COME NOW** Mary Castleberry ("Plaintiff") and Portfolio Recovery Associates, LLC ("Defendant") and announce to the Court that they have agreed to settlement of all matters of dispute in principal and will file a Notice of Dismissal with Prejudice within 60 days and upon consummation of said settlement.

**WHEREFORE,** Plaintiff and Defendant respectfully request this Court to administratively close this civil action.

1754757 v1

This 18th day of February, 2013

| | |
|---|---|
| *s/     J. David Andress* | *s/     Katrina L. Dannheim* |
| J. David Andress (LA Bar #27944) | Katrina L. Dannheim (LA Bar #33773) |
| Andress Law Firm, LLC | BURR & FORMAN LLP |
| 5841 S. Sherwood Forest Blvd. | Las Olas Centre II |
| Suite A | 350 East Las Olas Boulevard |
| Baton Rouge, LA 70816 | Suite 850 |
| Telephone:  (225) 771-8220 | Fort Lauderdale, FL 33301 |
| Facsimile:  (225) 771-8301 | Telephone: (954) 414-6200 |
| david@andresslawfirm.com | Facsimile: (954) 414-6201 |
| Attorney for Plaintiff | kdannheim@burr.com |
| | Attorney for Defendant |